601 Montgomery Street, Suite 850
San Francisco, CA 94111
Tel:  (415) 391-4814
Fax:  (415) 391-4309
Email: jjordanesq@aol.com

Counsel for Defendant
Nicholas Amaya

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-19-0398-WHA |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION CONTINUING CASE |
| ) | |
| v. ) | |
| ) | |
| NICHOLAS AMAYA, ) | |
| ) | |
| Defendant. ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order confirming a status date on the defendant's performance on supervised release for July 11, 2023, at 2:00 p.m., vacating the currently-scheduled status hearing date of June 6, 2023, due to defense counsel's unavailability on June 6, 2023.  The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently out of custody.

2. This matter is currently set for a status hearing re the defendant's performance on supervised release on June 6, 2023.  Counsel is seeking a continuance for the sole reason that he is scheduled to participate in a jury trial before Judge Gilliam starting June 2, 2023.  Judge Gilliam has informed the parties that his trial schedule is Monday through Friday, 8:30 a.m. to 1:30 p.m.

3. The defendant previously pled guilty before this Court and was sentenced.  He is currently on supervised release and reports that he is doing well with no changes in his circumstances.  The defendant informs counsel that he was recently promoted to employment coordinator at Hospitality House, where he has been employed for some time.  He informs counsel that his housing has remained stable and he is living with his wife, Doria Torres, who counsel believes the Court has met in a previous court

appearance. The defendant has informed counsel that he continues to use marijuana, as discussed at the previous court meeting, as a means to relax, and has been honest is admitting this use to U.S. Probation.

4. Counsel for the defendant is scheduled for trial before Judge Gilliam in the case of <u>United State v. Attila</u> Colar, CR 21-00163-HSG with jury selection set for June 2, 2023. The trial is estimated to last 4 weeks. In light of this conflict, counsel contacted AUSA Lina Peng, and U.S.P.O Officer Gerstel, who all agreed to request that the status hearing be continued until counsel's trial is completed. All three parties consulted their schedules and determined that all were available on July 11, 2023.

5. The parties contacted the Court's courtroom deputy, who confirmed that July 11, 2023 at 2:00 p.m. is an available date for the Court.

6. As the defendant has pled guilty, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), do not apply.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for continuing the status hearing of the defendant.

6. Accordingly, and with the consent of the defendant, the Court:

(1) Confirms a status date on July 11, 2023, at 2:00 p.m.; and

(2) Vacates the currently-scheduled hearing date of June 6, 2023..

IT IS SO STIPULATED.

DATED: May 30, 2023.

United States Attorney

*/s/ Lina Peng*
LINA PENG
Assistant United States Attorney

/s/ *John J. Jordan*
JOHN J. JORDAN
Counsel for the Defendant

IT IS SO ORDERED.

DATED: 05/31/2023

_____
HON. WILLIAM ALSUP
United States District Judge

STIP. AND [PROPOSED] ORDER                    2
CR-19-398-WHA